IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTELLE GELLER | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-4718 |
| | : | |
| WYETH | | |

### ORDER

AND NOW, this 24th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Thomas N. O'Neill, Jr.  to the Honorable Mary A. McLaughlin.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court