IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTELLE GELLER | CIVIL ACTION |
| VS. | NO. 02-4718 |
| WYETH | |

**ORDER**

AND NOW, this 5th of AUGUST, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mary A. McLaughlin to the Honorable Cynthia M. Rufe, as related to Civil Action No. 02-4984.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court